PROB 12C
(7/93)

Report Date: October 2, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 02 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicole Lee Sunny Cloud        Case Number: 2:12CR02070-001 EFS

Address of Offender:

Name of Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 8/16/2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) |
| Original Sentence: | Prison - 28 Months<br>TSR - 48 Months |
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | TBD |

Type of Supervision: Supervised Release

Date Supervision Commenced: 3/20/2012

Date Supervision Expires: 3/19/2016

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On September 20, 2012, Ms. Cloud was terminated from drug and alcohol treatment at Merit Resource Services (Merit) due to her failure to attend group sessions.

On September 20, 2012, Merit staff notified the U.S. Probation Office that Ms. Cloud was being terminated from drug and alcohol outpatient treatment. According to Ms. Cloud's counselor, a letter was sent to the defendant regarding her failure to comply with treatment requirement. In the letter Ms. Cloud was given until September 20, 2012, to contact Merit to get back in compliance with treatment, however, she failed to respond.

Prob12C
Re: Cloud, Nicole Lee Sunny
October 2, 2012
Page 2

    2    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Ms. Cloud has failed to submit to random urinalysis testing at Merit on July 24, August 9, September 13, and 25, 2012.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/02/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/2/12

Date