PROB 12C
(7/93)

Report Date:  October 10, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicole Lee Sunny Cloud           Case Number: 0980 2:12CR02070-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 16, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(B) | |
| Original Sentence: | Prison 28 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Mary Katherine Dimke | Date Supervision Commenced: August 23, 2013 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: March 19, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number

1          **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated
by a licensed/certified treatment provider, enter into and successfully complete an approved
substance abuse treatment program, which could include inpatient treatment and aftercare.
You shall contribute to the cost of treatment according to your ability to pay.  You shall
allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cloud failed to enter inpatient drug and alcohol treatment at
Sundown M Ranch on September 10, 2013.

Ms. Cloud was scheduled to enter a 21-day inpatient drug and alcohol treatment program at
Sundown M Ranch on September 10, 2013, she was a no show for her intake.  An attempt
to locate Ms. Cloud was made the following day to get her into treatment. Ms. Cloud was
not located and has not made herself available to get into treatment.

2          **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the
probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Ms. Cloud failed to report to the U.S. Probation Office as directed
by his probation officer on September 12, and October 10, 2013.

On September 11, and October 9, 2013, a home visit was conducted at the defendant's residence. A business card was left on her door directing Ms. Cloud to report to the probation office on the dates noted. On both instances the defendant failed to report.

3    <u>**Standard Condition # 2**</u>: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

<u>**Supporting Evidence**</u>: Ms. Cloud failed to submit her monthly report form within the first 5 days of the month of October as directed as of October 10, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 10, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer   USMJ

10/11/13

Date