PROB 12C
(7/93)

Report Date: January 15, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicole Lee Sunny Cloud          Case Number: 0980 2:12CR02070-001

Address of Offender last known:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 16, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) |

| | | |
|---|---|---|
| Original Sentence: | Prison 28 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: August 23, 2013 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: March 19, 2016 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 10, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Ms. Cloud failed to attend her scheduled intake appointment for aftercare drug and alcohol treatment at Merit Resource Services on January 7, 2014. |
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: Ms. Cloud failed to submit her monthly report form as directed within the first 5 days of January 2014. |

Prob12C
Re: Cloud, Nicole Lee Sunny
January 15, 2014
Page 2

| | | |
|---|---|---|
| 6 | | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Ms. Cloud failed to report to the probation office as directed by her probation officer on January 8, 2014.

On January 7, 2014, this officer spoke with Ms. Cloud via telephone. The defendant was instructed to report to the probation office on January 8, 2014. As of January 14, 2014, Ms. Cloud has not reported to the probation office and her current whereabouts are unknown.

| | | |
|---|---|---|
| 7 | | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: Ms. Cloud failed to report a change as of January 14, 2014.

Ms. Cloud was moved into a clean and sober house at 605 North Third Street, Yakima, Washington on January 3, 2014. On January 14, 2014, this officer made contact with the clean and sober house manager who advised Ms. Cloud moved out a week ago, on or before January 7, 2014. Ms. Cloud has yet to report a change of address.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 15, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

January 16, 2014
Date