PROB 12C
(7/93)

Report Date: April 2, 2015

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 02, 2015**

SEAN F. MCAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicole Lee Sunny Cloud                Case Number: 0980 2:12CR02070-EFS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 16, 2010

Original Offense:       Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine,
                        21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)

Original Sentence:      Prison - 28 months              Type of Supervision: Supervised Release
                        TSR - 48 months

Asst. U.S. Attorney:    Alison L. Gregoire              Date Supervision Commenced: August 23, 2014

Defense Attorney:       Gregory L. Scott                Date Supervision Expires: March 19, 2016

## PETITIONING THE COURT

        To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 23, 2014.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Ms. Cloud failed to attend her one-on-one counseling session at Merit Resource Services (Merit) on March 26, 2015. |
| | On March 26, 2015, this officer met with Ms. Cloud at her residence at which time she reported having an appointment with her drug and alcohol counselor at Merit.  According to Merit staff, Ms. Cloud was a no call/no show for her scheduled one-on-one appointment. To this date, Ms. Cloud has yet to call or reschedule this appointment. |

**Prob12C**
**Re: Cloud, Nicole Lee Sunny**
**April 2, 2015**
**Page 2**

| | |
|---|---|
| 8 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cloud failed to start her intensive outpatient (IOP) drug and alcohol treatment program at Merit on April 1, 2015.

According to Merit staff, Ms. Cloud was scheduled to start her IOP treatment program on April 1, 2015, but was a no call/no show to her appointment. Ms. Cloud is now removed from the program and will need to re-enroll to be allowed back into the program. |
| 9 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Ms. Cloud failed to report a change of address as of April 1, 2015.

On April 1, 2015, the undersigned officer was trying to locate Ms. Cloud. A family member advised Ms. Cloud was no longer residing at the 210 Chaparral, Toppenish, Washington, address. Ms. Cloud has failed to report a change of address as of this date. |

Prob12C
Re: Cloud, Nicole Lee Sunny
April 2, 2015
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 2, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[XX]  Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

April 2, 2015

Date